IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Petitioner,                      No. MISC 09-21 JAM KJM

    vs.

CYNTHIA COUGHLIN,

    Respondent.                     <u>ORDER</u>

_____/

        This matter came on regularly for hearing on May 20, 2009 on an order to show cause regarding the petition to enforce IRS summons. Yoshinori Himel appeared for petitioner; Revenue Office Alex Alarcon also was present. Respondent Coughlin appeared in propria persona. Upon review of the documents in support, no response having been filed, upon discussion with counsel and respondent, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        As of the morning of hearing, respondent has filed the tax returns at issue. Petitioner represented at hearing that respondent has complied with the summons. The order to show cause is accordingly discharged. The petition is dismissed. The Clerk of Court is directed to close this action.

DATED: May 22, 2009.

_____
U.S. MAGISTRATE JUDGE

006 usa-coughlin.oah